IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KARL MCCLELLAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SHERRY REGAN. et al.,<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:16-CV-931-RJS<br><br>District Judge Robert J. Shelby |

　　　　Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not obeyed the Court's September 8, 2016 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]  Indeed, the order was returned to sender.  And, no forwarding address has been submitted.

　　　　Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's case is DISMISSED without prejudice.  This case is CLOSED.

　　　　DATED this 14th day of November, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JUDGE ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2016).
[2] *See* 28 *id.* § 1915 and Dkt. 2.
[3] *See id.* § 1915(a)(2) and Dkt. 3.